UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON ) <br> ROSE COLLIER, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FEDERAL FINANCIAL GROUP, INC. ) <br>     Defendant ) <br> ) | CASE NUMBER <br> 3:00CV1654 (RNC) <br> <br> <br> MOTION FOR EXPEDITED <br> JUDGMENT <br> <br> DECEMBER 28, 2004 |

The Plaintiffs Donald Chiverton and Rose Collier respectfully move this court for an expedited judgment in the above captioned matter. In support of this Motion, the Plaintiffs represent the following:

1. The lawsuit was filed on August 20, 2000.

2. The defendant failed to appear and a default entered on December 6, 2000.

3. A hearing in damages was held before Magistrate Martinez on May 3, 2001.

4. The Court has yet to enter judgment.

          PLAINTIFFS, DONALD CHIVERTON AND ROSE
          COLLIER

By: _____
    Daniel S. Blinn  ct02188
    Matthew T. Theriault  ct23077
    Consumer Law Group, LLC
    P. O. Box 1039; 2138 Silas Deane Highway
    Rocky Hill, CT 06067-0997
    Tel (860) 571-0408; Fax (860) 571-7457

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing Motion for Default Judgment with Affidavits attached was served via first-class mail, postage prepaid, this 28th day of December, 2004, upon all parties/counsel of record as follows:

Mark Panfel, Registered Agent  
Federal Financial Group, Inc.  
Circle 75 Parkway, #850  
Marietta, Georgia  30339

                                                                                       _____  
                                                                                      Matthew T. Theriault