*September 28, 2005. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD CHIVERTON and        :
ROSE COLLIER,               :
                            :
     Plaintiffs,            :
                            :
     v.                     :   CASE NO.  3:00CV1654(RNC)
                            :
FEDERAL FINANCIAL GROUP, INC., :
                            :
     Defendant.             :

RECOMMENDED RULING AFTER HEARING ON DAMAGES

I.   Procedural History

The plaintiffs, Donald Chiverton and Rose Collier,[1] commenced this action against the defendant, Federal Financial Group, Inc., a debt collection agency.  The plaintiffs allege that the defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a et seq.  The defendant did not file an appearance or answer the complaint.  Pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court granted the plaintiffs' motion for default.  (Doc. #7.)  Thereafter, the court (Chatigny, C.J.) granted the plaintiffs' motion for default judgment as to liability only.  (Doc. #8.)  The court referred the case to the undersigned for a hearing on damages and attorney's fees.  (Doc. #8.)

The undersigned conducted a hearing on damages at which the

---

[1]The plaintiffs are unrelated Connecticut consumers.