UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD CHIVERTON and | : | |
| ROSE COLLIER | : | |
| | : | |
| v. | : | CASE NO. 3:00CV1654 (RNC) |
| | : | |
| FEDERAL FINANCIAL GROUP, INC. | : | |

FINAL JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiffs' motion for default judgment as to liability only on January 10, 2001 and, this matter having been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages; and

The Honorable Donna F. Martinez, United States Magistrate Judge, having conducted a hearing on May 3, 2001, and having considered the full record of the case including applicable principles of law, and having issued a Recommended Ruling awarding damages, and the Honorable Robert N. Chatigny, United States District Judge having approved and adopted the Recommended Ruling on September 28, 2005, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, Donald Chiverton, for damages in the total amount of $13,500.00 ($5,000.00 in actual damages, $1,000.00 in statutory damages and $7,500.00); and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby

entered in favor of the plaintiff, Rose Collier for damages in the total amount of $13,500.00 ($5,000.00 in actual damages, $1,000.00 in statutory damages and $7,500.00); and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs, Donald Chiverton and Rose Collier in the amount of $4,613.54 for attorney's fees and costs.

Dated at Hartford, Connecticut, this 30th day of September, 2005.

KEVIN F. ROWE, Clerk


By _____/s/_____
       Jo-Ann Walker
       Deputy Clerk


EOD _____