UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON and ROSE COLLIER )<br>    Plaintiff      )<br>      )<br>v.      )<br>      )<br>FEDERAL FINANCIAL GROUP, INC.  )<br>    Defendant      )<br>      ) | CASE NUMBER:<br>3:00 cv 1654 (RNC)<br><br>APPEARANCE<br><br>MAY 17, 2006 |

To the Clerk of this court and all parties of record:

**Enter my appearance as counsel in this case for**

Donald Chiverton and Rose Collier

        /s/ Sarah Poriss_____
        Sarah Poriss   Fed. Bar. No. ct24372
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, CT 06067
        Tel. (860) 571-0408   Fax. (860) 571-7457
        sporiss@consumerlawgroup.com

## CERTIFICATION

      I hereby certify that a copy of the foregoing Appearance was sent via first-class mail, postage prepaid, this 17th day of May, 2006, upon all parties/counsel of record as follows:

Jeffrey N. Berman, Registered Agent    Federal Financial Group, Inc.
Federal Financial Group, Inc.                  P.O. Box 672197
3423 Piedmont Road, #200                   Marietta, GA 30006-0037
Atlanta, GA 30305

        /s/ Sarah Poriss_____
        Sarah Poriss, Esq.