UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD CHIVERTON and | ) | CASE NUMBER: |
| ROSE COLLIER, | ) | 3:00-cv-01654 (RNC) |
|    Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL FINANCIAL GROUP, INC., | ) | |
|    Defendant | ) | |
| | ) | JANUARY 10, 2007 |

## MOTION FOR RELIEF FROM JUDGMENT

The plaintiff, Donald Chiverton, hereby moves pursuant to FRCP 60(b) to open the judgment that was entered in this case. The basis for this motion is that plaintiff's counsel has determined that the service of process upon the defendant was not proper. Accordingly, this court lacked jurisdiction over the defendant, and the judgment should be opened.

          PLAINTIFFS, DONALD CHIVERTON AND
          ROSE COLLIER


    By: _____
        Daniel S. Blinn ct02188
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, CT 06067
        Tel (860) 571-0408  Fax (860) 571-7457

## **CERTIFICATION**

      I hereby certify that on this 10th day of January 2007, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Notice was sent by mail to:

| | |
|---|---|
| Jeffrey N. Berman, Registered Agent | Federal Financial Group, Inc. |
| Federal Financial Group, Inc. | PO Box 672107 |
| 3423 Piedmont Road #200 | Marietta, Georgia 30006-0037 |
| Atlanta, Georgia  30305 | |

 

_____

Daniel S. Blinn

2