*January 11, 2007. Denied without prejudice to refiling for failure to comply with D. Conn. L. Civ. R. 7. So ordered.*

*Robert N. Chatigny / U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON and ) | CASE NUMBER: |
| ROSE COLLIER, ) | 3:00-cv-01654 (RNC) |
|    Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL FINANCIAL GROUP, INC., ) | |
|    Defendant ) | |
| ) | JANUARY 10, 2007 |

## MOTION FOR RELIEF FROM JUDGMENT

The plaintiff, Donald Chiverton, hereby moves pursuant to FRCP 60(b) to open the judgment that was entered in this case. The basis for this motion is that plaintiff's counsel has determined that the service of process upon the defendant was not proper. Accordingly, this court lacked jurisdiction over the defendant, and the judgment should be opened.

PLAINTIFFS, DONALD CHIVERTON AND
ROSE COLLIER

By: /s/Daniel S. Blinn
_____
Daniel S. Blinn ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel (860) 571-0408  Fax (860) 571-7457