UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONALD CHIVERTON and** | ) | CASE NUMBER: |
| **ROSE COLLIER,** | ) | 3:00-cv-01654 (RNC) |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDERAL FINANCIAL GROUP, INC.,** | ) | |
| Defendant | ) | |
| | ) | APRIL 16, 2007 |

## MOTION FOR RELIEF FROM JUDGMENT

The plaintiffs, Donald Chiverton and Rose Collier, hereby move pursuant to FRCP 60(b) to open the judgment that was entered in this case. The basis for this motion is that plaintiffs' counsel has determined that the service of process upon the defendant was not proper. Accordingly, this court lacked jurisdiction over the defendant, and the judgment should be opened.

In support of this motion, the plaintiffs submit herewith its Memorandum of Law in Support of Motion for Relief from Judgment.

        **PLAINTIFFS, DONALD CHIVERTON AND**
        **ROSE COLLIER**

        By: /s/ Daniel S. Blinn
        Daniel S. Blinn ct02188
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, CT 06067
        Tel (860) 571-0408
        Fax (860) 571-7457

## **CERTIFICATION**

I hereby certify that on this 16th day of April, 2007 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/Daniel S. Blinn