UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
DONALD CHIVERTON and              :
ROSE COLLIER,                     :
     Plaintiffs,                  :
                                  :
V.                                :   Case No.  3:00-CV-1654(RNC)
                                  :
FEDERAL FINANCIAL GROUP, INC.,    :
     Defendant.                   :
                                  :
```

<u>ORDER TO SHOW CAUSE</u>

On November 1, 2007, this case was reopened on the plaintiffs' motion for the purpose of vacating the default judgment entered in their favor in September 2005. The judgment was vacated as void and unenforceable on the ground that, as a result of plaintiffs' failure to properly serve the out-of-state defendant, this court never obtained personal jurisdiction over the defendant. As a result of the reopening of the case at the plaintiffs' request, this long-dormant case, filed more than seven years ago, now has the distinction of being one of the oldest cases in the District.

It is unclear whether plaintiffs intend to try to prosecute this action or are content to have the court dismiss it now that the judgment has been vacated at their request. Accordingly, plaintiffs are hereby ordered to show cause, by means of a memorandum filed on or before December 28, 2007, why this action should not dismissed for failure to properly serve the defendant within the time permitted by Fed. R. Civ. P. 4(m), and for failure to prosecute under Fed. R. Civ. P. 41.

2

It is so ordered.

Dated at Hartford, Connecticut this 10th day of December 2007.

```
              _____/s/_____
                    Robert N. Chatigny
                United States District Judge
```