UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONALD CHIVERTON and** ) | CASE NUMBER: |
| **ROSE COLLIER,** ) | 3:00-cv-01654 (RNC) |
|     **Plaintiffs** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **FEDERAL FINANCIAL GROUP, INC.,** ) | |
|     **Defendant** ) | |
| ) | DECEMBER 13, 2007 |

### MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE

This Memorandum is submitted in response to the Court's show cause order dated December 10, 2007.

Plaintiffs do intend to prosecute this action. Although the action is subject to dismissal for failure to properly serve the defendant within the time permitted under by FRCP 4(m), Plaintiffs believe that in the event of such a dismissal, the action could be refiled notwithstanding the running of the statute of limitations for a Fair Debt Collection Practices Act claim pursuant to Conn. Gen. Stat.§ 52-592. Plaintiffs had intended to serve the action on the defendant and, if the action were dismissed, to commence a new action. The undersigned had directed one of his staff members to request a summons from the clerk of the court on November 19 and during a recent,

routine file review, discovered that this instruction had not yet been followed.  The summons was requested on December 12, 2007.

          **PLAINTIFFS, DONALD CHIVERTON AND ROSE COLLIER**

          By: /s/ Daniel S. Blinn
          Daniel S. Blinn ct02188
          Consumer Law Group, LLC
          35 Cold Spring Road, Suite 512
          Rocky Hill, CT 06067
          Tel (860) 571-0408
          Fax (860) 571-7457

## **CERTIFICATION**

I hereby certify that on this 13th day of December, 2007 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

          /s/Daniel S. Blinn