AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Connecticut

Donald Chiverton and Rose Collier

**SUMMONS IN A CIVIL ACTION**

V.

Federal Financial Group, Inc.

CASE NUMBER: 3:00-cv-01654(RNC)

TO: (Name and address of Defendant)

Federal Financial Group, Inc.
c/o Registered Agent: Jeffrey N. Berman
3423 Piedmont Road, #200
Atlanta, GA 30305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

(By) DEPUTY CLERK

DEC 1 4 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/27/07 |
| NAME OF SERVER (PRINT) Nick Plellas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3423 Piedmont Rd, Ste 200, Atlanta GA 30305 by handing to Jeffrey Benson, Registered Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/31/07
Date

Signature of Server

PO Box 7710, Atlanta GA 30357
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.