```
_____
                                       )
DONALD CHIVERTON                       )    CASE NUMBER
ROSE COLLIER                           )    3:00cv1654 (RNC)
      Plaintiffs                       )
                                       )
v.                                     )    JANUARY 23, 2008
                                       )
FEDERAL FINANCIAL GROUP, INC.          )
      Defendant                        )
_____)
```

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R Civ. P. 55(a), the Plaintiff hereby moves that a Default Judgment be entered in this matter against Defendant, Federal Financial Group, Inc., and states the following in support thereof.

1.    Defendant, Federal Financial Group, Inc., was served on December 27, 2007, see docket entry #38.

2.    The deadline for Defendant, Federal Financial Group, Inc., to file a responsive pleading was January 16, 2008.

3.    Defendant, Federal Financial Group, Inc., has failed to file a responsive pleading within the time allowed.

/s/Daniel S. Blinn
Daniel S. Blinn,   Fed. Bar. No. ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067-9997
Tel. (860) 571-0408   Fax. (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

      I hereby certify that on this 23rd day of January, 2008, a copy of foregoing Motion for Entry of Default was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Federal Financial Group, Inc.
P.O. Box 672197
Marietta, GA  30006-0037

                                      /s/Daniel S. Blinn
                                      Daniel S. Blinn