UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON ) <br> ROSE COLLIER ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FEDERAL FINANCIAL GROUP, INC. ) <br>    Defendant ) <br> ) | CASE NUMBER <br> 3:00cv1654 (RNC) <br><br> MOTION FOR DEFAULT <br> JUDGMENT <br><br> February 27, 2008 |

## MOTION FOR DEFAULT JUDGMENT
## AND MOTION FOR ATTORNEYS' FEES

Federal Financial Group, Inc. ("Federal Financial") is a non-appearing defendant in the above captioned case and was defaulted by this Court on January 30, 2008 for failure to file a responsive pleading within the time allowed. Pursuant to Fed. R Civ. P. 55(b), Plaintiffs Donald Chiverton and Rose Collier hereby move that a Default Judgment be entered in this matter against Federal Financial in favor of the plaintiffs in the amount of **$16,000 in damages** and **$203 in costs**. Pursuant to Fed. R Civ. P. 54(d)(2), Plaintiffs also move this Court for **$9,752.05 in attorneys fees, including expenses**. In support of these motions, Plaintiffs hereby submit their Bill of Costs, Affidavit of Daniel S. Blinn, and Memorandum of Law in Support of Attorneys' Fees. Plaintiffs also refer the Court to the affidavits of Donald Chiverton and Rose Collier already on file with the court and attached to this motion as "Exhibit A."

PLAINTIFFS, Donald Chiverton and Rose Collier

By: /s/Daniel S. Blinn
 Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408  Fax (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, a copy of the foregoing Motion for Default Judgment and Motion for Attorneys' Fees was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The foregoing Motion for Default Judgment and Attorneys' Fees was mailed via postage pre-paid, certified, return receipt requested first-class mail, to the following non-appearing parties:

Federal Financial Group, Inc.
P.O. Box 672197
Marietta, GA 30006-0037

/s/Daniel S. Blinn
Daniel S. Blinn