UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON ) <br> ROSE COLLIER ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FEDERAL FINANCIAL GROUP, INC. ) <br>     Defendant ) <br> _____) | CASE NUMBER <br> 3:00cv1654 (RNC) <br><br> AFFIDAVIT OF <br> DONALD CHIVERTON <br><br> January 3, 2001 |

STATE OF CONNECTICUT    :
                           : ss. Rocky Hill
COUNTY OF HARTFORD    :

    I, Donald Chiverton, a plaintiff in this action, being duly sworn, hereby make affidavit and say:

    1. I am over the age of eighteen years, I believe in the obligations of an oath, and the facts set forth below were made of my own personal knowledge.

    2. In the early 1990's I purchased a vehicle pursuant to a retail installment contract which was assigned to Fleet Bank. I subsequently fell behind in my payments, and in April 1993, with less than $1,000 owed under the contract, Fleet Bank repossessed the vehicle.

    3. Approximately five years later, in or around March 1998, I received a written offer from a collection agency to settle the account with Fleet Bank in full for a payment of $249.29. I sent the payment and later received written confirmation from the collection agency that the debt had been fully satisfied.

    4. In or around July 1999, I received multiple telephone calls from the Defendant attempting to collect the same Fleet Bank debt. Each time I explained to the caller that I had satisfied the account, and on multiple occasions I sent the Defendant copies of the letter confirming that the account was paid in full.

JAN 0 4 2001

5. Beginning in late October 1999, I received a barrage of telephone calls at work from a representative of Defendant identifying himself as "Steven Deer." I explained that the debt was satisfied, and also that I was not permitted to receive calls at work concerning personal matters and that I especially did not wish to be contacted at work because I was up for a promotion.

6. "Steven Deer" called me a liar and said, "I'm not a regular collection agent. I can call until you pay. I can call you at work as much as I want." When I hung up the phone, he immediately called back, five times in succession. He also asked to speak to my supervisor. Later he called my supervisor directly and spoke to him about my alleged indebtedness.

7. Defendant's conduct caused me to suffer emotional distress, embarrassment, anxiety and stress, and was totally unjustified.

8. In this lawsuit I seek to recover, pursuant to 15 U.S.C. § 1692k, statutory damages of $1,000. I also seek to recover, pursuant to 15 U.S.C. § 1692k and Conn. Gen. Stat. § 42-110g, compensatory damages of $5,000 for the emotional distress I suffered, punitive damages of $10,000, and reasonable attorney's fees as will be set forth in a separate affidavit to be supplied by my attorney.

_____
Donald Chiverton

Subscribed and sworn to before me,
this 3/ day of January, 2001.

_____
Notary Public
My Commission Expires:

IRENE M. GRINAVICH
NOTARY PUBLIC
My Commission Expires April 30, 2002

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON ) <br> ROSE COLLIER ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FEDERAL FINANCIAL GROUP, INC. ) <br>     Defendant ) <br> ) | CASE NUMBER <br> 3:00cv1654 (RNC) <br><br> AFFIDAVIT OF <br> ROSE COLLIER <br><br> January 4, 2001 |

STATE OF CONNECTICUT :
: ss. Rocky Hill
COUNTY OF HARTFORD :

I, Rose Collier, a plaintiff in this action, being duly sworn, hereby make affidavit and say:

1. I am over the age of eighteen years, I believe in the obligations of an oath, and the facts set forth below were made of my own personal knowledge.

2. I took out a loan from Fleet Bank in 1998 and subsequently defaulted on the loan.

3. In early 1999 I received a call from a representative of the Defendant. I informed her that I was a senior citizen with very limited income and could not pay the debt at that time. I asked her not to contact me further concerning the matter, and hung up the phone. Defendant's representative immediately called back, three times in succession. The third time, someone identifying himself as "Steven Deer" came on the phone. He asked me if I was "old and senile," "just sitting on [my] behind doing nothing," "collecting a social security check." I hung up the phone.

4. "Steven Deer" called my home at least twenty times, always hostile and insulting. He also spoke disparagingly to my daughter and my grandson and specifically discussed the debt with them. At one point he told me he was going to have me arrested for not paying the debt and that I should expect a police officer to arrive at my door at any time.

5. Defendant's conduct caused me and my family members to suffer emotional distress, embarrassment, anxiety and shame.

6. In this lawsuit I seek to recover, pursuant to 15 U.S.C. § 1692k, statutory damages of $1,000. I also seek to recover, pursuant to 15 U.S.C. § 1692k and Conn. Gen. Stat. § 42-110g, compensatory damages of $5,000 for the emotional distress I suffered, punitive damages of $10,000, and reasonable attorney's fees as will be set forth in a separate affidavit to be supplied by my attorney.

*Rose Collier*
Rose Collier

Subscribed and sworn to before me,
this 4th day of January, 2001.

~~Notary Public~~ Commissioner of Superior Court
~~My Commission Expires~~:

2