UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON <br> ROSE COLLIER <br> Plaintiffs <br><br> v. <br><br> FEDERAL FINANCIAL GROUP, INC. <br> Defendant | CASE NUMBER <br> 3:00cv1654 (RNC) <br><br> BILL OF COSTS <br><br> February 27, 2008 |

## BILL OF COSTS

Plaintiffs hereby seek the following costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

| | |
|---|---|
| Court filing fee | $150.00 |
| Marshal's fee for service | $53.00 |
| Total | $203.00 |

PLAINTIFFS, Donald Chiverton and Rose Collier

By: /s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408  Fax (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, a copy of the foregoing Bill of Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The foregoing Bill of Costs was mailed via postage pre-paid, certified, return receipt requested first-class mail, to the following non-appearing parties:

Federal Financial Group, Inc.
P.O. Box 672197
Marietta, GA 30006-0037

/s/Daniel S. Blinn
Daniel S. Blinn