*February 29, 2008. The motion for default judgment is granted as to liability only. The matter is hereby referred to Magistrate Judge Donna F. Martinez for a hearing on damages and attorneys fees. So ordered.*

\\

*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON )<br>ROSE COLLIER )<br>　　Plaintiffs )<br> )<br>v. )<br> )<br>FEDERAL FINANCIAL GROUP, INC. )<br>　　Defendant )<br> ) | CASE NUMBER<br>3:00cv1654 (RNC)<br><br>MOTION FOR DEFAULT<br>JUDGMENT<br><br>February 27, 2008 |

### MOTION FOR DEFAULT JUDGMENT AND MOTION FOR ATTORNEYS' FEES

Federal Financial Group, Inc. ("Federal Financial") is a non-appearing defendant in the above captioned case and was defaulted by this Court on January 30, 2008 for failure to file a responsive pleading within the time allowed. Pursuant to Fed. R Civ. P. 55(b), Plaintiffs Donald Chiverton and Rose Collier hereby move that a Default Judgment be entered in this matter against Federal Financial in favor of the plaintiffs in the amount of **$16,000 in damages** and **$203 in costs**. Pursuant to Fed. R Civ. P. 54(d)(2), Plaintiffs also move this Court for **$9,752.05 in attorneys fees, including expenses**. In support of these motions, Plaintiffs hereby submit their Bill of Costs, Affidavit of Daniel S. Blinn, and Memorandum of Law in Support of Attorneys' Fees. Plaintiffs also refer the Court to the affidavits of Donald Chiverton and Rose Collier already on file with the court and attached to this motion as "Exhibit A."