UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON and ROSE COLLIER | : : : |
| V. | : CIVIL NO. 3:00CV1654(RNC) |
| FEDERAL FINANCIAL GROUP, INC. | : : |

<u>PARTIAL DEFAULT JUDGMENT</u>

The defendant having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiffs' motion for default judgment as to liability only, and this matter having been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages and attorneys fees; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs and against the defendant.

Dated at Hartford, Connecticut, this 3rd day of March 2008.

ROBERTA D. TABORA, Clerk

By____/s/_____
    Jo-Ann Walker
    Deputy Clerk