UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
DONALD CHIVERTON and            :
ROSE COLLIER,                   :
                                :
     Plaintiffs,                :
                                :
V.                              :  NO. 3:00CV1654 (RNC)
                                :
FEDERAL FINANCIAL GROUP, INC.,  :
                                :
     Defendant.                 :
```

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____ To supervise discovery and resolve discovery disputes;

_____ To conduct an early settlement conference;

_____ To conduct a prefiling conference;

__X__ A hearing on damages and attorney fees;

_____ A ruling on the following pending motion(s):

So ordered.

Dated at Hartford, Connecticut this 29th day of February 2008.

/s/
Robert N. Chatigny, U.S.D.J.