```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
```

```
                                :
CHIVERTION, ET. AL.,            :
                                :
     v.                         :   CIVIL NO. 3:00-cv-1654(RNC)
                                :
                                :
                                :
FEDERAL FINANCIAL GROUP INC.    :
_____:
```

ORDER REGARDING HEARING ON DAMAGES

    A hearing on damages shall be held before the undersigned on May 21, 2008, at 11:00 a.m. at the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut.

    By no later than April 30th , the plaintiffs shall file a memorandum of law. The memorandum of law shall include the following:

    (1) the procedural history of the case as it is relevant to the damages hearing;

    (2) the facts the plaintiff believes the court should rely upon to grant the requested relief, including facts to be adduced at the hearing;

    (3) a list of any witnesses the plaintiff intends to call at the hearing, the subject matter of the witness's testimony and an estimate of the length of time of the witness's testimony;

    (4) a list of the exhibits the plaintiff intends to offer at the hearing, a brief description of the exhibit and the legal

basis for admissibility of the exhibit (e.g. F.R.E. 803(6), record of regularly conducted activity).

(5) if the plaintiff intends to rely upon affidavits at the hearing, see e.g. Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F. 3d 105, 111 (2d Cir. 1997), a list of the affidavits the plaintiff intends to offer and the subject matter of the affidavits.

(6) the relief requested;

(7) the legal authority for the court's award of the requested relief;

(8) if the plaintiff requests attorney fees and costs as part of the plaintiff's relief, an affidavit and any other appropriate documentation setting forth the basis for the amount requested;

A copy of this order shall be served upon the defaulted defendant.

SO ORDERED at Hartford, Connecticut this 15th day of April , 2008.

_____/s/_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE