UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON<br>ROSE COLLIER<br>    Plaintiffs<br><br>v.<br><br>FEDERAL FINANCIAL GROUP, INC.<br>    Defendant | CASE NUMBER<br>3:00cv1654 (RNC)<br><br><br>AFFIDAVIT<br><br><br>APRIL 30, 2008 |

## AFFIDAVIT OF DANIEL S. BLINN

STATE OF CONNECTICUT:
                   : ss. Rocky Hill
COUNTY OF HARTFORD :

The undersigned, having been duly sworn, hereby declares of his own personal knowledge that:

1. I am over eighteen years of age, and I believe in the obligations of an oath.

2. I am the founder and Managing Attorney of Consumer Law Group, LLC ("CLG"), a private law firm established on September 1, 1997, that focuses its practice upon representing consumers against business entities and the advancement of consumer rights and protection matters.

3. I have had primary responsibility for this file from its inception, and all work performed on this case has been under my direct and close supervision.

4. It is CLG's practice for all personnel to make contemporaneous records of work performed on client matters, including the amount of time required and a description of the work. These entries are then entered into the firm's computer billing program.

5. The billing statement attached to this affidavit is a true copy of the statement generated by CLG's billing program and provides an accurate accounting of the work performed and expenses incurred in this case.

6. I believe that my billing rates, and those of the other attorneys and staff members at Consumer Law Group, LLC are comparable to those charged by other Connecticut firms with comparable levels of experience and expertise, and these rates have been approved in prior fee applications by both state and federal courts.

7. It is my opinion that the hourly rates charged by the other personnel working on this matter are reasonable.

8. The total attorneys' fees claimed in this action includes the time and work necessary to originally file this action and seek default and judgment against the defendant, as well as the time and work needed to respond to the Court's Order to Show Cause, prepare and file a motion for relief from judgment and a memorandum in support thereof, re-file the action and re-serve the defendant, and prepare the pleadings necessary to now default and enter judgment against the defendant.

5. Although the total amount of attorney's fees accrued by the plaintiffs in this case equals $10,800, is my considered opinion that an attorneys' fee of $7,000, including expenses, is reasonable and fair for the work performed incurred in this case to the date of this affidavit with respect to the defendant, Federal Financial Group, Inc.

_____
Daniel S. Blinn

Subscribed and sworn to before me
this 30th day of April, 2008.

_____
NOTARY PUBLIC/
~~COMMISSIONER OF THE COURT~~

**THOMAS H. BENOIT**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2012

3

| Date: | 4/23/2008 |
|---|---|
| User: | TB |

# Pre-Bill Worksheet

Bill To: Chiverton, Donald - Federal Financial Group, Inc - 3:00cv1654(RNC)
Donald Chiverton
33 Pine Hill Street
Manchester, CT 06040

Billing Cycle:
Status                Active
Instructions
Fee Arrangement:      Standard - First Bill
Exp Arrangement:      Standard

Billing Actions

Last Bill Date:       n/a
Last Payment Date     n/a

**Fees**

| Date / Staff | Bill Code / Description | Rate Markup % | Hours DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 12/02/1999 DSB | CNFW Conference w/ client; analysis and evaluation | $200.00 | 0.30 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 12/03/1999 MTT | CNFW Conference w/ client, detailed intake | $90.00 | 1.80 | 0.00 | $162.00 | Billable | $162.00 | $162.00 |
| 12/07/1999 DSB | REVS Revise demand letter | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 12/07/1999 MTT |  Preparation of demand letter | $90.00 | 1.70 | 0.00 | $153.00 | Billable | $153.00 | $153.00 |
| 12/23/1999 MTT | TCF Telephone call from client | $90.00 | 0.30 | 0.00 | $27.00 | Billable | $27.00 | $27.00 |
| 1/07/2000 MTT |  Preparation of ltr to client | $90.00 | 0.20 | 0.00 | $18.00 | Billable | $18.00 | $18.00 |
| 5/31/2000 DSB | RF Review file and status | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 8/22/2000 MTT | PREPO Preparation of complaint | $120.00 | 2.00 | 0.00 | $240.00 | Billable | $240.00 | $240.00 |
| 8/23/2000 | REV Review and revise complaint | $200.00 | 0.50 | 0.00 | $100.00 | Billable | $100.00 | $100.00 |
| 8/28/2000 SS | REV Review complaint; prepare Civil Cover Sheet, Appearances, and Notice of Lawsuit and Request for Waiver of Service with Waiver; prepare cover letter to clerk's office enclosing documents for filing; check on-line for information on defendant; prepare notes to file regarding next course of action | $90.00 | 0.60 | 0.00 | $54.00 | Billable | $54.00 | $54.00 |
| 8/31/2000 SS | MISC Forward case documents to defendant; prepare and send letters to client, Department of | $90.00 | 0.30 | 0.00 | $27.00 | Billable | $27.00 | $27.00 |

## Pre-Bill Worksheet

| Date | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | Consumer Protection; and Attorney General's office enclosing copy of complaint under CUTPA | | | | | | | |
| 9/25/2000 SS | MISC On line search for correct address of Federal Financial; re-send complaint to correct address; prepare notes to file regarding same | $90.00 | 0.30 | 0.00 | $27.00 | Billable | $27.00 | $27.00 |
| 10/12/2000 SS | PPF Prepare and file summons in federal court; prepare notes to file regarding next course of action | $90.00 | 0.30 | 0.00 | $27.00 | Billable | $27.00 | $27.00 |
| 11/01/2000 SS | REV Review sheriff's return of service and prepare notes to file regarding same; | $90.00 | 0.10 | 0.00 | $9.00 | Billable | $9.00 | $9.00 |
| 11/30/2000 | PREPO Preparation of motion for default | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 11/30/2000 SS | REV Review file to update pleadings; prepare and file default for failure to answer; prepare notes to file regarding next course of action | $90.00 | 0.40 | 0.00 | $36.00 | Billable | $36.00 | $36.00 |
| 12/07/2000 SS | REV Review ruling on default; prepare notes to file regarding deadline for default judgment | $90.00 | 0.10 | 0.00 | $9.00 | Billable | $9.00 | $9.00 |
| 1/02/2001 DSB | RF Review file, status, and strategy w/ J. Fischer | $250.00 | 0.10 | 0.00 | $25.00 | Billable | $25.00 | $25.00 |
| 1/02/2001 SS | REV Review file to update pleadings and prepare notes to file regarding same | $110.00 | 0.20 | 0.00 | $22.00 | Billable | $22.00 | $22.00 |
| 1/03/2001 | PREPO Preparation of motion for default judgment, affidavit | $225.00 | 0.70 | 0.00 | $157.50 | Billable | $157.50 | $157.50 |
| 1/03/2001 | PREPO Preparation of affidavits, motion for default judgment, supporting papers; conference with MTT re execution of Chiverton affidavit | $225.00 | 1.20 | 0.00 | $270.00 | Billable | $270.00 | $270.00 |
| 1/03/2001 MTT | CONW Conference w/Chiverton re: affidavit. | $175.00 | 1.30 | 0.00 | $227.50 | Billable | $227.50 | $227.50 |
| 1/04/2001 | Preparation of affidavits, motion for judgment | $225.00 | 0.50 | 0.00 | $112.50 | Billable | $112.50 | $112.50 |
| 1/12/2001 SS | REV Review court notice and prepare notes to file regarding same | $110.00 | 0.10 | 0.00 | $11.00 | Billable | $11.00 | $11.00 |
| 3/29/2001 SS | REV Review court notice regarding hearing in damages; prepare notes to file regarding same; | $110.00 | 0.60 | 0.00 | $66.00 | Billable | $66.00 | $66.00 |

# Pre-Bill Worksheet

| Date / Initials | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | prepare and file notice of certification to defaulted defendant enclosing copy of hearing in damages order | | | | | | | |
| 4/13/2001 SS | PPF<br>Prepare and file motion for telephonic availability for Rose Collier; prepare notes to file regarding next course of action | $110.00 | 0.50 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/16/2001 SS | MISC<br>Prepare notes to file following filing of motion for telephonic availability for Rose Collier | $110.00 | 0.10 | 0.00 | $11.00 | Billable | $11.00 | $11.00 |
| 4/24/2001 SS | REV<br>Review court notice regarding granting of telephone availability; prepare notes to file regarding same | $110.00 | 0.10 | 0.00 | $11.00 | Billable | $11.00 | $11.00 |
| 4/25/2001 MTT | Preparation of hearing on damages memorandum. | $175.00 | 2.00 | 0.00 | $350.00 | Billable | $350.00 | $350.00 |
| 4/25/2001 SS | REV<br>Review file to update pleadings; check on hearing in damages deadline; prepare notes to file regarding next course of action | $110.00 | 0.20 | 0.00 | $22.00 | Billable | $22.00 | $22.00 |
| 4/26/2001 SS | REV<br>Review Court Notice regarding granting of telephone availability; prepare and send letter to clients enclosing copy of court notice regarding conference and Ms. Collier's availability to attend the conference via telephone; notes to file regarding next course of action | $110.00 | 0.40 | 0.00 | $44.00 | Billable | $44.00 | $44.00 |
| 4/27/2001 SS | TCF<br>Telephone call from client confirming attendance at hearing in damages | $110.00 | 0.10 | 0.00 | $11.00 | Billable | $11.00 | $11.00 |
| 5/01/2001 SS | TCF<br>Telephone call from confirming time of hearing in damages | $110.00 | 0.10 | 0.00 | $11.00 | Billable | $11.00 | $11.00 |
| 5/02/2001 SS | PREP<br>Preparation for hearing in damages | $225.00 | 0.50 | 0.00 | $112.50 | Billable | $112.50 | $112.50 |
| 5/02/2001 SS | TCF<br>Telephone call from Rose Collier regarding telephone availability at conference; | $110.00 | 0.10 | 0.00 | $11.00 | Billable | $11.00 | $11.00 |
| 5/03/2001 | APP<br>Attend hearing in damages; conference with D. Chiverton beforehand | $225.00 | 1.80 | 0.00 | $405.00 | Billable | $405.00 | $405.00 |
| 4/17/2002 SS | PPF<br>Prepare and send letter to Magistrate Martinez enclosing Attorney Fischer's appearance by | $110.00 | 0.20 | 0.00 | $22.00 | Billable | $22.00 | $22.00 |

3

# Pre-Bill Worksheet

| Date / Initials | Code / Description | Rate | Hours | | Amount | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| | fax and mail; telephone call to court regarding ruling | | | | | | | |
| 5/20/2004 SP | REV Review file status; discuss w/ DB; draft letter to magistrate Martinez | $160.00 | 0.60 | 0.00 | $96.00 | | $96.00 | $96.00 |
| 5/28/2004 SP | REVS Revise and mail letter to mag. Martinez | $160.00 | 0.10 | 0.00 | $16.00 | | $16.00 | $16.00 |
| 9/10/2004 MO | REV Review file status, update court information | $35.00 | 0.10 | 0.00 | $3.50 | Billable | $3.50 | $3.50 |
| 12/03/2004 SP | PREPO Preparation of motion for expedited judgment; discuss w/ MTT | $160.00 | 0.70 | 0.00 | $112.00 | Billable | $112.00 | $112.00 |
| 12/06/2004 MO | FAC Locate FRCP regarding expedited judgment per mtt | $75.00 | 0.60 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 12/14/2004 MTT | LRES Review file and procedural posture. Legal research regarding expedited motion. Search FRCP, local rules and case law. Telephone call to clerk regarding same. | $175.00 | 3.40 | 0.00 | $595.00 | Billable | $595.00 | $595.00 |
| 12/28/2004 MO | REV Review FRCP regarding "expedited motion" | $75.00 | 0.70 | 0.00 | $52.50 | Billable | $52.50 | $52.50 |
| 12/28/2004 MO | PREPO Preparation of motion for filing and pdf format | $75.00 | 0.30 | 0.00 | $22.50 | Billable | $22.50 | $22.50 |
| 12/30/2004 TW | REV Review file and update ecf notices | $100.00 | 0.10 | 0.00 | $10.00 | Billable | $10.00 | $10.00 |
| 1/18/2005 SP | TCT Telephone call to court to request status; notes to file; email to MTT | $160.00 | 0.10 | 0.00 | $16.00 | Billable | $16.00 | $16.00 |
| 5/18/2005 DSB | Review status and discuss lack of ruling on motion | $300.00 | 0.20 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 5/18/2005 SP | REV discuss strategy w/ DB | $160.00 | 0.10 | 0.00 | $16.00 | Billable | $16.00 | $16.00 |
| 5/18/2005 SP | REV instruct dale to request to see file at court | $160.00 | 0.10 | 0.00 | $16.00 | Billable | $16.00 | $16.00 |
| 5/25/2005 DM | RF Went to Hartford Federal Court and reviewed courts file pursuant to SP's request. | $120.00 | 1.00 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 5/25/2005 SP | REV discuss status of file location with DM | $160.00 | 0.10 | 0.00 | $16.00 | Billable | $16.00 | $16.00 |
| 9/12/2005 DSB | Review memorandum of decision and inquiry regarding adequacy of service of process | $325.00 | 0.20 | 0.00 | $65.00 | Billable | $65.00 | $65.00 |

4

**Pre-Bill Worksheet**

| Date | Code/Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 9/12/2005 SP | LRES — Legal research regarding sufficiency of process; review file, review other file where we sued FFG in 2004; email to attorney in Georgia to confirm method of process; discuss next steps w/ DB | $200.00 | 1.50 | 0.00 | $300.00 | Billable | $300.00 | $300.00 |
| 9/13/2005 SP | PRL — Prepare letter to bob Allen re: entry of judgment; revise after discussion w/ DB; send letter along w/ complaint and ruling | $200.00 | 0.40 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 10/07/2005 SP | email to atty. Allen following up on judgment against FFG and if he'll get involved | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 10/10/2005 SP | REV — Review decision to determine if motion for attys fees is necessary (it isn't-- atty fees included in total judgment); contact attorney in Georgia to help w/ collection; discuss w/ DB; draft letters to clients enclosing judgment | $200.00 | 0.70 | 0.00 | $140.00 | Billable | $140.00 | $140.00 |
| 10/12/2005 SP | PRL — Prepare letter to kathleen payne at FFG (my former contact) | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/20/2005 SP | TCT — Telephone call to federal financial group, attempted to speak to Kathleen Payne, who is no longer there; left message and was told a manager would get back to me | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 10/26/2005 SP | TCT — Telephone call to FFG, spoke w/ Sharon Manning, director of human resources; says she did receive my letter w/ notice of the judgment but that CEO Ms. Jordan is out on a family emergency but will let me know their response as soon as she's back | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 11/16/2005 SP | TCT — left message for Sharon manning to discuss judgment; call back from her stating she would get back to me next week; call to Kris Skaar, atty. in Georgia, who will help execute judgment if needed (.5) | $200.00 | 0.60 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 11/16/2005 SP | email to other FDCPA/FCRA attorneys asking help w/ collecting judgment | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 11/29/2005 SP | TCT — Telephone call to Sharon manning who said she'd call back later this afternoon; she left a message saying she put a call into the proper person and will call me | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |

5

## Pre-Bill Worksheet

| Date | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | when she hears back | | | | | | | |
| 12/07/2005 SP | review form to register judgment in another district; discuss conversion of form to fillable format w/ CG | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 1/16/2006 SP | TCT Telephone call to FFG to try to talk to someone; fill out certification of judgment form | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 2/01/2006 SP | TCT Telephone call to clerk re: obtaining form for domesticating judgment in a foreign jurisdiction; update file; call to FFG, left msg for Sharon manning | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 2/02/2006 SP | PRL Prepare letters to clerk requesting cert. of judgment for registration in GA, and to FFG to discuss payment | $200.00 | 0.30 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 2/10/2006 KAM | Read email from SP; online research into US Dist. Ct. ND of GA's procedures for certification of JM obtained in another state; call to clerk's office regarding fees for same and execution (no luck- on hold for a long time); email info to CG | $150.00 | 0.50 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 2/20/2006 CG | RF Review File and note status of request to Georgia clerk regarding domesticated judgment. | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 2/23/2006 SP | review documents sent back from N.D. of Georgia; email to atty in Georgia for assistance w/ execution of judgment down there | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 3/15/2006 SP | call from atty. skaar in Georgia re: helping collect judgment; review rules of service of process; discuss w/ DB | $200.00 | 0.50 | 0.00 | $100.00 | Billable | $100.00 | $100.00 |
| 4/05/2006 SP | research re: drafting notice of dismissal and whether request for ext. of time to serve defendant is appropriate; review fed. rules, state practice book and state statutes re: service of process | $200.00 | 0.40 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 5/09/2006 AGP | Meeting with DB and SP to discuss whether can use Accidental Failure of Suit statute. | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 5/09/2006 SP | discuss next steps w/ DB and AGP | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |

6

## Pre-Bill Worksheet

| Date / Initials | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 5/10/2006 CG | RF — Review File and note status of pleadings. | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 5/17/2006 LAS | PAS — Prepare and Send appearance to Hartford district court w/ disk. Looked up Def's corporate info and sent copies of appearance to business address and registered agent. | $60.00 | 0.30 | 0.00 | $18.00 | Billable | $18.00 | $18.00 |
| 5/19/2006 SP | call from Amy Constantine at Martinez's chambers to discuss my appearance and letter I will send re: lack of service | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 5/30/2006 SP | finalize letter to mag. Martinez re: service issues | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 12/14/2006 DSB | telephone conf w/ court clerk regarding improper service; dictate motion to open judgment | $325.00 | 0.20 | 0.00 | $65.00 | Billable | $65.00 | $65.00 |
| 12/15/2006 CG | REV — Review motion to open judgment. | $120.00 | 0.10 | 0.00 | $12.00 | Billable | $12.00 | $12.00 |
| 1/12/2007 CG | PPF — Prepare and file Motion for Relief from Judgment per court instructions. | $120.00 | 0.40 | 0.00 | $48.00 | Billable | $48.00 | $48.00 |
| 1/18/2007 DSB | review court order and conf w/ TB regarding same | $325.00 | 0.10 | 0.00 | $32.50 | Billable | $32.50 | $32.50 |
| 1/18/2007 TB | REV — Review court order denying motion for relief from judgment and local rules (.10); prepare note to file regarding same (.10) | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 3/27/2007 TB | REVF — Review file and update dsb regarding status | $120.00 | 0.10 | 0.00 | $12.00 | Billable | $12.00 | $12.00 |
| 3/28/2007 MWG | PREPO — Preparation of memorandum in support of motion for relief from judgment - met with both Tom and Dan, received overview, reviewed file, began drafting memorandum | $200.00 | 1.00 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 3/28/2007 MWG | PREPO — Preparation of memorandum in support of motion for relief from judgment | $200.00 | 0.70 | 0.00 | $140.00 | Billable | $140.00 | $140.00 |
| 3/29/2007 MWG | REV — Review file - to get more background into service of process so I can properly draft memo in support of motion to open judgment; also reviewed the FRCP re: serving corporations | $200.00 | 0.90 | 0.00 | $180.00 | Billable | $180.00 | $180.00 |

7

# Pre-Bill Worksheet

| Date / User | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 3/29/2007 MWG | PREPO Preparation of memo in support of motion to open judgment - did some more review of file, research into FRCP service of process rules, CT service of process rules | $200.00 | 0.50 | 0.00 | $100.00 | Billable | $100.00 | $100.00 |
| 4/02/2007 MWG | PREPO Preparation of memo in support of motion to open judgment | $200.00 | 0.70 | 0.00 | $140.00 | Billable | $140.00 | $140.00 |
| 4/02/2007 MWG | REVS Revise - made revisions on memo in support of motion to open and also generated a current motion to open for filing | $200.00 | 0.40 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 4/02/2007 TB | REVF Review file for information to assist in preparation of motion to open judgment | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 4/05/2007 MWG | PREPO Preparation of memo in support of motion to open. reviewed S Poriss' notes in TM re: service of process, looked at federal rules again and drafted and sent an email to atty wright re: Georgia's requirements for service of process of corps | $200.00 | 0.40 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 4/05/2007 MWG | reviewed email response from Lisa Wright and sent reply email re: service of process under GA law. | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 4/10/2007 MWG | PPS Prepare and send email to Lisa re: service of process in GA | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 4/11/2007 MWG | LRES Legal research regarding service of process rules for CT and GA and how they related to FRCP 4(e)1 -for argument in memo in support of motion to open judgment | $200.00 | 0.80 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 4/11/2007 MWG | PREPO Preparation of memo in support of motion to open judgment. researched Georgia law and Connecticut statutes and redrafted argument of memo, revised and printed w/ motion for presentment to Dan | $200.00 | 1.00 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 4/13/2007 MWG | REVS Revise motion to open and memo and print for signature and filing | $200.00 | 0.30 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 4/16/2007 MWG | PPS Prepare and send motion to open and memo in support; conform certification for federal filing; send | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |

8

## Pre-Bill Worksheet

| Date / User | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | email to Tom notifying they are ready to efile | | | | | | | |
| 4/16/2007 TB | Finalize motion to open judgment for filing (.20); file and service of same (.40) | $120.00 | 0.60 | 0.00 | $72.00 | Billable | $72.00 | $72.00 |
| 5/04/2007 TB | Re-serve motion for relief from judgment on defendant | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 11/06/2007 TB | REV Review court order granting plaintiff's motion to set aside judgment | $120.00 | 0.10 | 0.00 | $12.00 | Billable | $12.00 | $12.00 |
| 11/08/2007 TB | REVF Review file for information regarding improper service and send e-mail to DSB regarding same (.40); perform online research to locate process server (.30) | $120.00 | 0.70 | 0.00 | $84.00 | Billable | $84.00 | $84.00 |
| 11/19/2007 DSB | review status and strategy regarding pursuit of time-barred complaint | $325.00 | 0.20 | 0.00 | $65.00 | Billable | $65.00 | $65.00 |
| 12/12/2007 DSB | review status and e-mail to TB | $325.00 | 0.10 | 0.00 | $32.50 | Billable | $32.50 | $32.50 |
| 12/12/2007 TB | Discuss file status with DSB (.10); gather information for re-service of complaint (.20); prepare summons (10); prepare and send letter to clerk enclosing summons and update file notes (.20) | $120.00 | 0.60 | 0.00 | $72.00 | Billable | $72.00 | $72.00 |
| 12/13/2007 TB | REV Review order to show cause and enter deadline for response to same in file (.10); discuss response with DSB (.10); prepare memorandum in response (.20); file with court (.20) | $120.00 | 0.60 | 0.00 | $72.00 | Billable | $72.00 | $72.00 |
| 12/18/2007 TB | TCW Telephone call with Attorneys"s Personal Services regarding service (.10); prepare documents for service (.10); prepare and send a letter to Attorneys' Personal Services enclosing documents for service (.20); | $120.00 | 0.40 | 0.00 | $48.00 | Billable | $48.00 | $48.00 |
| 1/02/2008 DSB | review status and update notes to file | $325.00 | 0.10 | 0.00 | $32.50 | Billable | $32.50 | $32.50 |
| 1/03/2008 TB | REV Review e-mail from Attorneys' Personal Services regarding service of complaint and prepare note to file regarding same (.10); set-up deadline tracking (.10) | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |

9

## Pre-Bill Worksheet

| Date / User | Type / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 1/07/2008 TB | FILE — File executed return of service with court | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 1/22/2008 TB | PP — Prepare motion for entry of default | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 1/23/2008 TB | FILE — File motion for default with court (.20); serve same on non-appearing parties (.20) | $120.00 | 0.40 | 0.00 | $48.00 | Billable | $48.00 | $48.00 |
| 1/31/2008 MWG | speak with TB about prepaid Rule 55 motion to default defendant; review similar motion already filed and saved in WordData; prepare motion for entry of default pursuant to Rule 55b(.4); prepare affidavit of DSB and Bill of Costs (.3); prepare affidavit of Donald Chiverton (.3); prepare memo in support of motion for atty fees; | $200.00 | 2.10 | 0.00 | $420.00 | Billable | $420.00 | $420.00 |
| 1/31/2008 TB | REV — Review order granting motion for entry of default and enter deadline to file default judgment into deadline tracking (.10); discuss preparation of motion for default judgment with DSB and MWG (.10); compile information to assist MWG in preparation of motion for judgment (.20) | $120.00 | 0.40 | 0.00 | $48.00 | Billable | $48.00 | $48.00 |
| 2/01/2008 MWG | prepare memo in support of motion for attorneys fees; phone call to Donald; review file | $200.00 | 1.20 | 0.00 | $240.00 | Billable | $240.00 | $240.00 |
| 2/04/2008 MWG | review and revise default judgment pleadings and memorandum in support of attys' fees; phone call to Donald, leave message; prepare and send email to Tom regarding attys fees and status of pleadings; review file; arrange w/ Brian scanning of client affidavits; speak w/ DSB; regarding client affidavits and attorneys fees; revise motion for judgment and prepare exhibits of clients affidavits to attach | $200.00 | 2.40 | 0.00 | $480.00 | Billable | $480.00 | $480.00 |
| 2/04/2008 TB | Compile information to assist in preparation of Rule 55(b) motion for judgment | $120.00 | 0.30 | 0.00 | $36.00 | Billable | $36.00 | $36.00 |
| 2/20/2008 TB | REVF — Review file and discuss status of Rule 55(b) motion for default with DSB | $120.00 | 0.10 | 0.00 | $12.00 | Billable | $12.00 | $12.00 |
| 2/26/2008 MWG | review, revise, print, and assemble default judgment pleadings | $200.00 | 1.10 | 0.00 | $220.00 | Billable | $220.00 | $220.00 |

## Pre-Bill Worksheet

| Date / Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 2/26/2008 TB | Discuss status or Rule 55(b) motion with MWG and remind him of upcoming deadline to file same | $120.00 | 0.10 | 0.00 | $12.00 | Billable | $12.00 | $12.00 |
| 2/26/2008 TB | Assist in preparation of Rule 55(b) motion | $120.00 | 0.10 | 0.00 | $12.00 | Billable | $12.00 | $12.00 |
| 2/28/2008 MWG | prepare and send email to Dan regarding 55b pleadings; mention same to TB | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 2/28/2008 TB | Review Rule 55(b) motion and all associated pleadings, prepare pdf versions of same and file with court | $120.00 | 0.90 | 0.00 | $108.00 | Billable | $108.00 | $108.00 |
| 3/05/2008 TB | REV Review court order granting default as to liability and order referring matter to Magistrate Judge Donna Martinez for damages hearing and notate details in file | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 3/10/2008 TB | PP Prepare memorandum of law regarding hearing on damages | $120.00 | 1.20 | 0.00 | $144.00 | Billable | $144.00 | $144.00 |
| 4/16/2008 MWG | speak with TB regarding scheduled hearing in damages; review order | $200.00 | 0.10 | 0.00 | $20.00 | Billable | $20.00 | $20.00 |
| 4/16/2008 TB | REV Review order regarding hearing on damages and enter all deadlines regarding same in file | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| 4/18/2008 MWG | Review HID order; breakdown its requirements and outline and save in TM note; review memo save on database | $200.00 | 0.30 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 4/18/2008 MWG | prepare memo of law per order of Judge Martinez | $200.00 | 0.30 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 4/21/2008 MWG | prepare hearing in damages memo of law | $200.00 | 1.00 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 4/22/2008 MWG | prepare memorandum for hearing in damages | $200.00 | 0.30 | 0.00 | $60.00 | Billable | $60.00 | $60.00 |
| 4/22/2008 MWG | update affidavit and memo in support of atty fees so that these documents are ready to be submitted with the memorandum regarding the HID | $200.00 | 0.20 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 4/23/2008 MWG | prepare affidavit, prepare exhibit to memorandum, review and revise memorandum in support of hearing on damages, revise and update affidavit of DSB and memo | $200.00 | 0.60 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |

## Pre-Bill Worksheet

in support of attys fees, email TB regarding updated attys fees and billing statement

| Date Staff | Description | Price | Quantity | | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 4/23/2008 TB | Assist with preparation of Rule 55(b) default motion | $120.00 | 0.20 | 0.00 | $24.00 | Billable | $24.00 | $24.00 |
| Total | Billable Fees | | 62.60 | | $10,359.00 | | | $10,359.00 |

### Expenses

| Date Staff | Bill Code Description | Price Markup % | Quantity | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|
| 12/09/1999 | Copies | $0.15 | 12.00 | $1.80 | Billable | $1.80 | $1.80 |
| 12/15/1999 | Review file notes; analysis and evaluation | $0.15 | 6.00 | $0.90 | Billable | $0.90 | $0.90 |
| 12/16/1999 | $POSTAGE Postage | $0.66 | 1.00 | $0.66 | Billable | $0.66 | $0.66 |
| 12/16/1999 | $FAX Facsimile | $0.15 | 3.00 | $0.45 | Billable | $0.45 | $0.45 |
| 1/10/2000 | $POSTAGE Postage | $0.33 | 1.00 | $0.33 | Billable | $0.33 | $0.33 |
| 8/28/2000 | $POSTAGE Postage | $1.98 | 1.00 | $1.98 | Billable | $1.98 | $1.98 |
| 8/28/2000 | $COPY Copies | $0.15 | 30.00 | $4.50 | Billable | $4.50 | $4.50 |
| 8/31/2000 | $POSTAGE Postage | $3.41 | 1.00 | $3.41 | Billable | $3.41 | $3.41 |
| 8/31/2000 | $COPY Copies | $0.15 | 36.00 | $5.40 | Billable | $5.40 | $5.40 |
| 9/06/2000 | $CRTFEES Court fees | $150.00 | 1.00 | $150.00 | Billable | $150.00 | $150.00 |
| 9/25/2000 | $COPY Copies | $0.15 | 10.00 | $1.50 | Billable | $1.50 | $1.50 |
| 9/25/2000 | $POSTAGE Postage | $1.21 | 1.00 | $1.21 | Billable | $1.21 | $1.21 |
| 9/25/2000 | Postage | $1.21 | 1.00 | $1.21 | Billable | $1.21 | $1.21 |
| 10/12/2000 | $POSTAGE Postage | $0.33 | 1.00 | $0.33 | Billable | $0.33 | $0.33 |
| 10/27/2000 | $POSTAGE Postage | $0.99 | 1.00 | $0.99 | Billable | $0.99 | $0.99 |
| 10/27/2000 | Copies | $0.15 | 20.00 | $3.00 | Billable | $3.00 | $3.00 |
| 11/14/2000 | $POSTAGE Postage | $0.66 | 1.00 | $0.66 | Billable | $0.66 | $0.66 |
| 11/15/2000 | Sheriff Fees | $50.80 | 1.00 | $50.80 | Billable | $50.80 | $50.80 |

12

## Pre-Bill Worksheet

| Date | Code | Rate | Qty | Amount | Status | | |
|---|---|---|---|---|---|---|---|
| 11/30/2000 | $POSTAGE Postage | $0.66 | 1.00 | $0.66 | Billable | $0.66 | $0.66 |
| 1/04/2001 SS | Postage 1.54 | $1.54 | 1.00 | $1.54 | Billable | $1.54 | $1.54 |
| 3/29/2001 DSB | Copies | $0.15 | 4.00 | $0.60 | Billable | $0.60 | $0.60 |
| 4/16/2001 | $POSTAGE Postage | $3.74 | 1.00 | $3.74 | Billable | $3.74 | $3.74 |
| 4/16/2001 | $COPY Copies | $0.15 | 3.00 | $0.45 | Billable | $0.45 | $0.45 |
| 4/26/2001 | $COPY Copies | $0.15 | 2.00 | $0.30 | Billable | $0.30 | $0.30 |
| 4/26/2001 | $POSTAGE Postage | $0.68 | 1.00 | $0.68 | Billable | $0.68 | $0.68 |
| 4/26/2001 | $POSTAGE Postage | $2.20 | 1.00 | $2.20 | Billable | $2.20 | $2.20 |
| 5/16/2001 IS | $OTHER Parking | $4.00 | 1.00 | $4.00 | Billable | $4.00 | $4.00 |
| 10/10/2001 | $COPY Copies | $0.15 | 6.00 | $0.90 | Billable | $0.90 | $0.90 |
| 4/17/2002 | $POSTAGE Postage | $0.34 | 1.00 | $0.34 | Billable | $0.34 | $0.34 |
| 4/17/2002 | $COPY Copies | $0.15 | 3.00 | $0.45 | Billable | $0.45 | $0.45 |
| 6/02/2004 MTT | $PST Postage | $1.11 | 1.00 | $1.11 | Billable | $1.11 | $1.11 |
| 6/02/2004 MTT | $COPY Copies | $0.15 | 4.00 | $0.60 | Billable | $0.60 | $0.60 |
| 12/29/2004 MTT | $COPY Copies | $0.15 | 4.00 | $0.60 | Billable | $0.60 | $0.60 |
| 1/04/2005 MTT | $PST Postage | $0.60 | 1.00 | $0.60 | Billable | $0.60 | $0.60 |
| 10/20/2005 SP | $COPY Copies | $0.15 | 20.00 | $3.00 | Billable | $3.00 | $3.00 |
| 10/25/2005 SP | $COPY Copies | $0.15 | 40.00 | $6.00 | Billable | $6.00 | $6.00 |
| 10/27/2005 SP | $COPY Copies | $0.15 | 44.00 | $6.60 | Billable | $6.60 | $6.60 |
| 11/08/2005 SP | $COPY Copies | $0.15 | 19.00 | $2.85 | Billable | $2.85 | $2.85 |
| 1/24/2006 SP | $PST Postage | $1.52 | 1.00 | $1.52 | Billable | $1.52 | $1.52 |
| 1/30/2006 SP | $PST Postage | $2.12 | 1.00 | $2.12 | Billable | $2.12 | $2.12 |
| 2/07/2006 IS | $CRTF | $10.00 | 1.00 | $10.00 | Billable | $10.00 | $10.00 |
| 2/16/2006 SP | $PST Postage | $1.02 | 1.00 | $1.02 | Billable | $1.02 | $1.02 |
| 2/20/2006 SP | $PST Postage | $0.78 | 1.00 | $0.78 | Billable | $0.78 | $0.78 |
| 2/21/2006 SP | $PST Postage | $1.06 | 1.00 | $1.06 | Billable | $1.06 | $1.06 |
| 3/01/2006 IS | $CRTF | $39.00 | 1.00 | $39.00 | Billable | $39.00 | $39.00 |

## Pre-Bill Worksheet

| Date | Code | Description | Rate | Qty | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 3/28/2006 SP | $COPY | Copies | $0.15 | 3.00 | $0.45 | Billable | $0.45 | $0.45 |
| 4/03/2006 SP | $COPY | Copies | $0.15 | 6.00 | $0.90 | Billable | $0.90 | $0.90 |
| 5/17/2006 DF | $COPY | Copies | $0.15 | 3.00 | $0.45 | Billable | $0.45 | $0.45 |
| 5/17/2006 DF | $PST | Postage | $1.80 | 1.00 | $1.80 | Billable | $1.80 | $1.80 |
| 5/30/2006 DF | $PST | Postage | $1.95 | 1.00 | $1.95 | Billable | $1.95 | $1.95 |
| 5/30/2006 SP | $COPY | Copies | $0.15 | 4.00 | $0.60 | Billable | $0.60 | $0.60 |
| 2/13/2007 SP | $COPY | Copies | $0.15 | 6.00 | $0.90 | Billable | $0.90 | $0.90 |
| 3/06/2007 SP | $PST | Postage | $0.63 | 1.00 | $0.63 | Billable | $0.63 | $0.63 |
| 3/07/2007 SP | $PST | Postage | $0.78 | 1.00 | $0.78 | Billable | $0.78 | $0.78 |
| 6/11/2007 SP | $COPY | Copies | $0.15 | 14.00 | $2.10 | Billable | $2.10 | $2.10 |
| 6/13/2007 SP | $COPY | Copies | $0.15 | 7.00 | $1.05 | Billable | $1.05 | $1.05 |
| 6/13/2007 SP | $COPY | Copies | $0.15 | 7.00 | $1.05 | Billable | $1.05 | $1.05 |
| 6/22/2007 SP | $PST | Postage | $1.26 | 1.00 | $1.26 | Billable | $1.26 | $1.26 |
| 6/26/2007 SP | $PST | Postage | $0.63 | 1.00 | $0.63 | Billable | $0.63 | $0.63 |
| 12/18/2007 TB | $SERV | Marshal fee for service of complaint to Attorneys' Personal Services, (check #538) | $53.00 | 1.00 | $53.00 | Billable | $53.00 | $53.00 |
| 1/17/2008 SP | $COPY | Copies | $0.15 | 5.00 | $0.75 | Billable | $0.75 | $0.75 |
| 1/21/2008 SP | $COPY | Copies | $0.15 | 34.00 | $5.10 | Billable | $5.10 | $5.10 |
| 2/11/2008 SP | $COPY | Copies | $0.15 | 2.00 | $0.30 | Billable | $0.30 | $0.30 |
| 2/25/2008 SP | $COPY | Copies | $0.15 | 10.00 | $1.50 | Billable | $1.50 | $1.50 |
| 3/12/2008 SP | $COPY | Copies | $0.15 | 4.00 | $0.60 | Billable | $0.60 | $0.60 |
| 3/12/2008 SP | $COPY | Copies | $0.15 | 39.00 | $5.85 | Billable | $5.85 | $5.85 |
| 3/13/2008 SP | $PST | Postage | $1.82 | 1.00 | $1.82 | Billable | $1.82 | $1.82 |
| 3/31/2008 SP | $PST | Postage | $0.41 | 1.00 | $0.41 | Billable | $0.41 | $0.41 |
| Total | | Billable Expenses | | | $405.73 | | | $405.73 |

# Pre-Bill Worksheet

## Calculations of Fees and Expenses

Fees Arrangement: Standard - First Bill
Total of billable time records     $10,359.00

Total Fees     $10,359.00

Expense Arrangement: Standard
Total of billable expense records     $405.73

Total Expenses     $405.73

Total New Charges     $10,764.73

Total New Charges     $10,764.73

Previous Balance     $0.00
Total New Balance     $10,764.73

## Staff Summary

| Staff | Total Hours | Billable | Non-Billable | Rate | Amount |
|---|---|---|---|---|---|
|  | 0.60 | 0.60 | 0.00 | $200.00 | $120.00 |
|  | 4.70 | 4.70 | 0.00 | $225.00 | $1,057.50 |
| AGP | 0.20 | 0.20 | 0.00 | $275.00 | $55.00 |
| CG | 0.90 | 0.90 | 0.00 | $120.00 | $108.00 |
| DM | 1.00 | 1.00 | 0.00 | $120.00 | $120.00 |
| DSB | 0.20 | 0.20 | 0.00 | $300.00 | $60.00 |
| DSB | 0.90 | 0.90 | 0.00 | $325.00 | $292.50 |
| DSB | 0.60 | 0.60 | 0.00 | $200.00 | $120.00 |
| DSB | 0.10 | 0.10 | 0.00 | $250.00 | $25.00 |
| KAM | 0.50 | 0.50 | 0.00 | $150.00 | $75.00 |
| LAS | 0.30 | 0.30 | 0.00 | $60.00 | $18.00 |
| MO | 0.10 | 0.10 | 0.00 | $35.00 | $3.50 |
| MO | 1.60 | 1.60 | 0.00 | $75.00 | $120.00 |
| MTT | 6.70 | 6.70 | 0.00 | $175.00 | $1,172.50 |
| MTT | 4.00 | 4.00 | 0.00 | $90.00 | $360.00 |
| MTT | 2.00 | 2.00 | 0.00 | $120.00 | $240.00 |
| MWG | 16.90 | 16.90 | 0.00 | $200.00 | $3,380.00 |
| SP | 6.20 | 6.20 | 0.00 | $200.00 | $1,240.00 |
| SP | 1.80 | 1.80 | 0.00 | $160.00 | $288.00 |
| SS | 2.70 | 2.70 | 0.00 | $110.00 | $297.00 |
| SS | 2.10 | 2.10 | 0.00 | $90.00 | $189.00 |
| TB | 8.40 | 8.40 | 0.00 | $120.00 | $1,008.00 |
| TW | 0.10 | 0.10 | 0.00 | $100.00 | $10.00 |

## Phase Summary

| Code | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|
| (None) | 62.60 | 120.00 | $10,359.00 | $405.73 | $10,764.73 |

15