Civil (April 12, 2004)

HONORABLE: **Judge Donna F. Martinez**

DEPUTY CLERK **Joanne Pesta**    RPTR/ERO/TAPE **Steve Bowles- RPTR**

TOTAL TIME: _____ hours **22** minutes

DATE **May 21, 2008**    START TIME **11:20 a.m.** END TIME **11:56 a.m.**

LUNCH RECESS FROM _____ TO _____

RECESS FROM **11:31 a.m.** TO **11:45 a.m.** _____ (if more than 1/2 hour)

===========================================

CIVIL NO. **3:00-cv-1654(RNC)**

§

**CHIVERTON, et al**                         §                    **Matthew Graeber**

§                         Plaintiffs Counsel

vs.                              §

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**FEDERAL FINANCIAL**                   §                      **N/A**

§                         Defendants Counsel

===========================================

## COURTROOM MINUTES - CIVIL (check one box)

☐ **Motion Hearing**                    ☐ **Show Cause Hearing**

■ **Evidentiary Hearing (Damages)**     ☐ **Judgment Debtor Exam**

☐ **Miscellaneous Hearing**

**MOTION**
**DOCUMENT NO.**

| | | | | |
|---|---|---|---|---|
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . # _____ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ . . . . . . . . ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | | |
|---|---|---|---|
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |

☐ . . . . . . . . _____ Hearing continued until _____ at _____