# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Chiverton, et al
V
Federal Financial

**APPEARANCE**

CASE NUMBER: 3:00-cv-1654(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: all plaintiffs

05/21/2008
**Date**

CT 27545
**Connecticut Federal Bar Number**

860-571-0408
**Telephone Number**

860-571-7457
**Fax Number**

mgraeber@consumerlawgroup.com
**E-mail address**

**Signature**

MATTHEW W. GRAEBER
**Print Clearly or Type Name**

35 Cold Spring Rd, Suite S12
**Address**

Rocky Hill, CT 06067

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Federal Financial Group, Inc.
P.O. Box 672197
Marietta, GA 30006-0057

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)
Appearance.frm.Jan.24