UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD CHIVERTON and<br>ROSE COLLIER | :<br>:<br>: |
| V. | : CIVIL NO. 3:00CV1654(RNC) |
| FEDERAL FINANCIAL GROUP, INC. | :<br>: |

<u>FINAL DEFAULT JUDGMENT</u>

The defendant having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiffs' motion for default judgment as to liability only on March 3, 2008, and this matter having been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages; and

The Honorable Donna F. Martinez, United States Magistrate Judge, having conducted a hearing on May 21, 2008, and having considered the full record of the case including applicable principles of law, and having issued a Recommended Ruling awarding damages, and the Honorable Robert N. Chatigny, United States District Judge having approved and adopted the Recommended Ruling absent objection on July 9, 2008, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, Donald Chiverton, and against defendant for damages in the total amount of $13,500.00 ($5,000.00 in actual damages, $1,000.00 in statutory damages, and $7,500.00 in punitive damages); and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, Rose Collier, and against defendant for damages in the total amount of $13,500.00

($5,000.00 in actual damages, $1,000.00 in statutory damages, and $7,500.00 in punitive damages); and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs and against defendant for attorneys' fees in the amount of $4,613.54.

Dated at Hartford, Connecticut, this 10th day of July, 2008.

ROBERTA D. TABORA, Clerk

By    /s/ JW
    Jo-Ann Walker
    Deputy Clerk